UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DERRELL DAVIS,<br>        Petitioner,<br>   v.<br>W. L. MONTGOMERY,<br>        Respondent. | Case No. 15-cv-03366-WHO (PR)<br><br>**ORDER EXTENDING TIME**<br><br>Dkt. No. 12 |

Respondent's motion to extend time to file a response to the petition (Docket No. 12) is GRANTED.  The response shall be filed on or before February 16, 2016.

The Clerk shall terminate Docket No. 12.

**IT IS SO ORDERED.**

**Dated:** December 18, 2015



WILLIAM H. ORRICK
United States District Judge